FLOREZ, ORLANDO

10-13718

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 10-13718 A | FLOREZ, ORLANDO |
| 92006760144466 | FLOREZ, MARIBEL |
| COMBINED SMALL CHECK | |

TID #380470
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

VOID AFTER 90 DAYS       105
                         60-249 / 433
                              6
                              3503

Date  08/17/2011     $ ***********3.35

~~~Three Dollars and 35/100

Pay to the Order of  U.S. Bankruptcy Court

Ronald J. Hof, Trustee

⑇"000000105"⑇ ⑇:043302493⑇:92006760144466"⑇

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228996    - KW
* * C O P Y * *
August 19, 2011
  13:34:32

UNC.UNDER$25
   10-13718
Debtor.: ORLANDO FLOREZ
Trustee: Ronald Hof
Amount.:              $3.35 CH
Check#.: 105




Total->  $3.35



FROM: HOF
```

August 19, 2011

Deposited to 106000 Treasury Acct.

Due:
Capital Recovery IV, LLC

cV.

Printed: 08/17/11 03:59 PM

# Claims Distribution Small Checks

Trustee: Ronald J. Hof (380470)

Page: 1

Case: 10-13718 - FLOREZ, ORLANDO

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 20067601446 | 105 | 08/17/11 | 3 | 04/27/11 | 610 | Payee: U.S. Bankruptcy Court<br>Capital Recovery IV LLC | 108.27 | 108.27 | 3.35 | 3.35 |

Check Amount: $3.35

(*) Denotes objection to Amount Filed